From: Alan Miller
PO Box 7526
S Lake Tahoe CA 96150

December 1, 2022

**FILED**

**DEC 0 5 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

To: United States District Court, Eastern District of California
Office of the Clerk
501 I Street, Suite 4-200
Sacramento CA 95814-2322

**CASE NO: 2:22-cv-02113-KJM-AC**

**Notice Regarding Summons In A Civil Case and Request for Amended Summons to Clarify that "Tahoe Regional Planning Agency" is NOT a Defendant**

I received and reviewed the Summons the Court Clerk issued on 2022-11-28 in this case and write to correct an understandable misinterpretation of the Complaint I filed pro se, with apologies to the Court for confusing matters by the way I filled out the Complaint form. It was not my intent to include Tahoe Regional Planning Agency as a Defendant, though I see how it could be interpreted that way where I wrote on page 1 of the Complaint: "-against- TAHOE REGIONAL PLANNING AGENCY Governing Board members, as specified, and Interim Executive Director Hester (see attached)." My Complaint is entirely against individuals, and that is why I did not name Tahoe Regional Planning Agency as a Defendant in the first attachment to the Complaint (name list). My error was repeated on page 2, letter B., Defendant 2, where I wrote: "Tahoe Regional Planning Agency (see attached)" under Name, and "Governing Board Members, as specified," under Job or Title. There is a reference also to Tahoe Regional Planning

1  Agency in the associated second attachment (the list of Defendant names with addresses), but the
2  Tahoe Regional Planning Agency is not listed as a Defendant, only the individuals are listed, and
3  that is correct. So to clarify the record in all respects, I request "Tahoe Regional Planning
4  Agency" be dismissed by the Court as a Defendant in this case, per the Summons.

6  Since the Summons was just issued I have not served any Defendant with the Summons. I
7  propose to postpone service and wait for the Court's decision on my request to issue an amended
8  Summons, so the potential confusion is not carried forward. A short delay to amend the
9  Summons should not delay service within the 90 days. The "Tahoe Regional Planning Agency"
10 also appears as a Defendant in the electronic filing records created by the Court in this pro se
11 case, so I am also seeking clarification there and/or removal of "Tahoe Regional Planning
12 Agency" as a Defendant in any electronic case records.

14 I appreciate the Court's patience and assistance in this important matter and will await a
15 decision and further direction from the Court. I can be reached at (530) 542-0243. Thank you for
16 considering my request.

       *Alan Miller*
18 Sincerely, Alan Miller