UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN HESTER, et al.,<br><br>        Defendants. | No. 2:22-cv-02113 KJM AC<br><br><br>ORDER |

The court is in receipt of plaintiff's notification that Tahoe Regional Planning Agency is not intended to be a defendant in this case. ECF No. 4 at 1. Plaintiff requests an amended summons with Tahoe Regional Planning Agency removed.

The request at ECF No. 4 is GRANTED. In light of plaintiff's representation, Tahoe Regional Planning Agency is DISMISSED from this case without prejudice, and an amended summons shall be issued by the Clerk of Court.

IT IS SO ORDERED.

DATED: December 14, 2022

                                        ALLISON CLAIRE<br>                                        UNITED STATES MAGISTRATE JUDGE