February 6, 2023

From: Alan Miller

PO Box 7526

S Lake Tahoe CA 96150

**FILED**

**FEB 08 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

To: United States District Court, Eastern District of California

Office of the Clerk

501 I Street, Suite 4-200

Sacramento CA 95814-2322

**CASE NO: 2:22-cv-02113-KJM-AC**

**Second Notice Regarding Summons In A Civil Case and Second Request for Amended Summons with "Tahoe Regional Planning Agency" as Sole Defendant; Question on Applicable Timelines**

    I contacted your Office and the staff suggested I could file this Notice to follow up my first Amended Complaint, received by your office on January 25, 2023, also filed in the manner your staff suggested. The reasons for the Amended Complaint are discussed on p. 2 of the amended Statement of Claims therein, paragraphs 1 and 2. The purpose of this Notice is to highlight for the Court that the Summons from the Court for the original Complaint was issued on November 28, 2022, with requirements to serve the multiple Defendants within 90 days or face potential dismissal of the Complaint, which I very much wish to avoid. The Clerk's Office issued me an AMENDED SUMMONS on December 15, 2023, which, so far as I know, did not alter the instructions or Summons service date from the issuance of the original Summons, which will pass on or about Friday, February 24, 2023. As noted in the reasons for the Amended

Complaint, all the Defendants in the original Complaint are proposed to be dismissed and replaced by "Tahoe Regional Planning Agency" alone, a Defendant who does not appear in the AMENDED SUMMONS.

As such, I have not served any Defendant with the SUMMONS, or the AMENDED SUMMONS. Under the circumstances there is no person left to serve, or that I wish to serve, with the original Complaint. I apologize for the misstep, but believe my case is much improved as a result of the proposed Amended Complaint. After consulting the local and national rules the administrative status and implications for potential dismissal of my case are not clear to me at this time under the unusual circumstances. If I need to file a Motion for extending the timeline for service or take some other action before the Court prior to February 24, 2023 to preserve my case standing while I await Court consideration of my first Amended Complaint, now pending, please contact me by telephone to avoid any delay with any instructions you may provide.

I appreciate the Court's patience and assistance in this important matter and will await a decision and further direction from the Court. I can be reached at (530) 542-0243. Thank you for considering this second Notice.

*Alan Miller*

Sincerely, Alan Miller