UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MILLER, | No. 2:22-cv-02113 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| TAHOE REGIONAL PLANNING AGENCY, | |
| Defendant. | |

    Plaintiff commenced this case in pro se on November 23, 2022. ECF No. 1. The operative First Amended Complaint was filed January 25, 2023. ECF No. 7. The crux of the FAC is that "by denying an Appeal by Alan Miller (with others) of a Verizon permit the TRPA Governing Board acted arbitrarily and capriciously, and in violation of many applicable statutory and regulatory provisions, thus harming our interests in protection of ground water quality in the Lake Tahoe region and Lake Tahoe water quality/clarity." ECF No. 7 at 5.

    Because plaintiff challenges an administrative agency action, this case qualifies as an action for review on an Administrative Record in a non-social security case, and the schedule is therefore governed by Local Rule 261. The Administrative Record was filed on May 11, 2023. ECF No. 22. The parties were before the court for a status conference on June 6, 2025. Although the parties agree that this case is governed by LR 261, plaintiff has indicated that he may make a motion to supplement the record.

1

A status hearing was held on June 7, 2023, with all parties present. The court indicated to plaintiff that while Local Rule 261 ordinarily requires a motion to supplement the record to be filed concurrently with the motion for summary judgment, plaintiff may request staggered briefing if he believes it is necessary. Defendants object to staggered briefing. Plaintiff indicated that he needs additional time, both to decide whether staggered briefing is necessary and to complete his motion for summary judgment. In the interest of justice and judicial economy the court ORDERS as follows:

1. Plaintiff will notify the court no later than July 7, 2023, by filing a statement on the record, if he wishes to file a motion to supplement the record and have that motion briefed and decided prior to filing a motion for summary judgment;
2. If plaintiff fails to file such a notice by July 7, 2023, or files a notice indicating that staggered briefing is not necessary, plaintiff's motion for summary judgment and any motion to supplement the record will both be due no later than July 24, 2023;
3. Remaining briefing shall follow the schedule outlined in Local Rule 261.

IT IS SO ORDERED.

DATED: June 7, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE