Debbie Leonard (#226547)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

John L. Marshall (#145570)
General Counsel
Tahoe Regional Planning Agency
P.O. Box 5310
Stateline NV 89449-5310
(775) 588-4547
jmarshall@trpa.gov

*Attorneys for Defendant*
*Tahoe Regional Planning Agency*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MILLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br>　　　　　　Defendant. | 2:22-cv-02113-KJM-AC<br><br>**STIPULATION<br>AND ~~PROPOSED~~ ORDER<br>TO EXTEND<br>SUMMARY JUDGMENT DEADLINES<br>(First Request)** |

**Stipulation and Proposed Order to Extend Summary Judgment Deadlines**

Plaintiff Alan Miller, in propria persona, and Defendant Tahoe Regional Planning Agency ("TRPA"), through its undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his initial Complaint on November 23, 2023 (ECF No. 1) and a First Amended Complaint on January 25, 2023 (ECF No. 7).

2. Defendant filed its Answer to First Amended Complaint on March 28, 2023 (ECF No. 17).

3. Defendant filed the Administrative Record on May 11, 2023 (ECF Nos. 22 and 23).

4. A status hearing was held on June 7, 2023. A scheduling order for briefing on the administrative record and motion for summary judgment was filed on June 8, 2023 (ECF No. 27).

5. Plaintiff filed his Motion for Summary Judgment on July 24, 2023 (ECF No. 28).

6. The current deadline for Defendant to file its combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment pursuant to Local Rule 261 is September 7, 2023.

7. The parties stipulate under Local Rule 144(a) to extend the deadline for TRPA to file its Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment to and including September 21, 2023.

8. The parties further stipulate that Plaintiff will have thirty (30) days to file a combined Reply in Support of his Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment following the filing of Defendant's combined Opposition/Cross-Motion. Thereafter, Defendant's Reply in Support of its Cross-Motion for Summary Judgment would be due according to the deadline set forth in Local Rule 261.

9. This requested extension is made in good faith and is sought by Defendant due to certain family matters that will prevent TRPA's counsel from having adequate time to draft and review its brief within the current deadline. Defendant has extended an equal amount of time to Plaintiff to file his responding brief.

10. There have been no prior requests for extension of time regarding the summary judgment deadlines.

11. In addition, the parties stipulate that, if acceptable to the Court, Plaintiff shall have an additional two pages for the length of his combined Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment. This request is separate and independent from the extension of time, and should the Court direct the parties to file a separate stipulation to increase the page length of Plaintiff's brief, they will do so.

DATED: August 29, 2023

LEONARD LAW, PC

  /s/ Debbie Leonard
Debbie Leonard (#226547)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

John L. Marshall (#145570)
General Counsel
Tahoe Regional Planning Agency
P.O. Box 5310
Stateline NV 89449-5310
(775) 588-4547
jmarshall@trpa.gov

*Attorneys for Defendant*
*Tahoe Regional Planning Agency*

DATED: August 29, 2023

  /s/ Alan Miller
(original signature retained by
attorney Debbie Leonard)

Alan Miller
P.O. Box 7526
South Lake Tahoe, CA 96158

*Plaintiff, in propria persona*

**IT IS SO ORDERED**:

**DATED: August 30, 2023**

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE