## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ALAN MILLER,**

CASE NO: **2:22–CV–02113–KJM–AC**

v.

**TAHOE REGIONAL PLANNING AGENCY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/23/2024**

**Keith Holland**
Clerk of Court

ENTERED: **April 23, 2024**

by: /s/ J. Murphy
Deputy Clerk