UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Alan Miller, | No. 2:22-cv-02113-KJM-AC PS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Tahoe Regional Planning Agency, | |
| Defendant. | |

Plaintiff Alan Miller requests this court revoke his appeal and refund the duplicate fee he submitted. *See* Request, ECF No. 46. The court responds to these requests in turn.

First, under the Federal Rules of Appellate Procedure, the district court can dismiss an appeal under certain circumstances before the appeal has been docketed by the circuit clerk. Fed. R. App. P. 42(a). Here, plaintiff's appeal has been docketed. *Miller v. Tahoe Reg'l Plan. Agency*, No. 22-02113, 2024 WL 1742135 (E.D. Cal. Apr. 23, 2024), *appeal docketed*, No. 24-3535 (9th Cir. June 5, 2024). Therefore, plaintiff must file the appropriate dismissal documents with the Ninth Circuit Court of Appeals. *See* Fed. R. App. P. 42(b).

Second, plaintiff's request for the court to refund the duplicate fee paid is moot. The Clerk's Office received a second check on May 28, 2024, and returned the check to plaintiff as a duplicate.

/////

1

1 | This order resolves ECF No. 46.

2 | IT IS SO ORDERED.

3 | DATED: June 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE